To: Mark Stamper, Branch Manager Albuquerque

From: Darren Pomeroy, Financial Consultant Albuquerque

Please consider this my four week notice of resignation from my position as Financial Consultant II with Charles Schwab & Co. Inc.

Sincerely,

*Darren Pomeroy* 10-21-14.

Darren Pomeroy